IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TRAMAINE OWENS, )
)
)
      Plaintiff-Appellee, )
)
vs. ) Case No. CV 421-298
)
SHERIFF, CHATHAM COUNTY, )
)
      Defendant-Appellant. )

## O R D E R

The order in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 6th day of Sept., 2022.

UNITED STATES DISTRICT JUDGE